# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: O'GRADY et al. v. ILLINOIS STATE SENATOR MICHAEL E.

Case Number: 25-14656

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs, PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER

Attorney name (type or print): Jonathan Loevy

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen, 3rd FL

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6218254
(See item 3 in instructions)

Telephone Number: 312-243-5900

Email Address: jon@loevy.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/2/2025

Attorney signature: S/ Jonathan Loevy
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023