AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)*<br>v.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

Date: December 15, 2025

_____
(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1-25 CV 14656

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **VILLAGE OF ORLAND HILLS**

was received by me on *(date)* **12/15/2025** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **KAREN KLUKIS   DEPUTY CLERK**, who is designated by law to accept service of process on behalf of *(name of organization)* **VILLAGE OF ORLAND HILLS 16033 S 94TH AVENUE, ORLAND HILLS IL 60487** on *(date)* **12/16/2025** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **12/17/2025**

*Server's signature*

**LARRY BIELA / SPECIAL PROCESS SERVER**
*Printed name and title*

**5424 W DEVON AVE, BOX 46335 CHICAGO IL 60646**
**ILLINOIS PRIVATE DETECTIVE LICENSE 115-001755**
*Server's address*

Additional information regarding attempted service, etc:

** SERVICE ADDRESS 16033 S 94TH AVENUE, ORLAND HILLS IL 60487 **