AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

Date: December 15, 2025

(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1-25 CV 14656

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MAYOR KYLE R. HASTINGS OF ORLAND HILLS
was received by me on *(date)* 12/15/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* KAREN KLUKIS  DEPUTY CLERK , who is
designated by law to accept service of process on behalf of *(name of organization)* VILLAGE OF ORLAND HILLS
16033 S 94TH AVENUE, ORLAND HILLS IL 60487 on *(date)* 12/16/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/17/2025

Server's signature

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

5424 W DEVON AVE, BOX 46335 CHICAGO IL 60646
ILLINOIS PRIVATE DETECTIVE LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc:
** SERVICE ADDRESS 16033 S 94TH AVENUE, ORLAND HILLS IL 60487 **
** SERVED KAREN KLUKIS DEPUTY VILLAGE CLERK AUTHORIZED TO ACCEPT FOR MAYOR **