**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | Case No. 1:25-cv-14656 |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE E. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, ) ) ) ) ) ) ) ) ) ) ) | Hon. Andrea R. Wood |
| Defendants. ) | |

**DEFENDANTS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME**

NOW COMES the Defendants MAYOR KYLE E. HASTINGS and VILLAGE OF ORLAND HILLS (hereinafter "Defendants"), by and through their attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and hereby moves this Honorable Court for an extension of time to file its answer or responsive pleading to Plaintiff's complaint, stating in support thereof as follows:

1. Plaintiffs PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER filed this civil rights lawsuit against the Defendants on December 2, 2025 alleging unlawful abuse of power in violation of Federal and State laws.

2. Summons' were filed on December 15, 2025 and Defendants were served on December 15, 2025

3. The law firm of Odelson, Murphey, Frazier & McGrath, Ltd. was recently retained to represent the Defendants in this matter and filed their appearance on January 6, 2026.

4. The attorneys for Defendants require additional time to investigate the claims made in Plaintiff's complaint and file an appropriate responsive pleading.

5. Defendants hereby request thirty (30) days from the entry of an order on this motion to file an answer or otherwise plead to Plaintiff's complaint. This is Defendant's first extension request.

6. Counsel for Defendants communicated with counsel for Plaintiffs via email on January 6, 2026 who advised they have no objection to this request.

WHEREFORE, Defendants MAYOR KYLE E. HASTINGS and VILLAGE OF ORLAND HILLS respectfully request an additional thirty (30) days from the entry of an order on this motion to file their answer or responsive pleading to Plaintiff's complaint, and for such other further relief as this Honorable Court deems appropriate.

Respectfully submitted,

**KYLE E. HASTINGS and
VILLAGE OF ORLAND HILLS**

*/s/ Kelly A. Krauchun*

Burton S. Odelson – attyburt@omfmlaw.com
Kelly A. Krauchun – kkrauchun@omfmlaw.com
John B. Murphey – jmurphey@omfmlaw.com
**ODELSON, MURPHEY, FRAZIER & MCGRATH, LTD.**
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678