**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Paul O'Grady, et al. v. Michael E. Hastings, et al.  Case Number: 25 CV 14656

An appearance is hereby filed by the undersigned as attorney for:
Defendants, Mayor Kyle E. Hastings and Village of Orland Hills

Attorney name (type or print): John B. Murphey

Firm: Odelson, Murphey, Frazier & McGrath, Ltd.

Street address: 3318 West 95th Street

City/State/Zip: Evergreen Park, Illinois 60805

Bar ID Number: 1992635
(See item 3 in instructions)

Telephone Number: (708) 424-5678

Email Address: jmurphey@omfmlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 6, 2026

Attorney signature: S/ John B. Murphey
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015