IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE E. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, <br><br> Defendants. | Case No. 1:25-cv-14656 <br><br> Hon. Andrea R. Wood |

## NOTICE OF FILING

**TO:** Michael Kanovitz – mike@loevy.com
Jon Loevy – jon@loevy.com
Kathryn Montenegro – katiem@loevy.com
Loevy & Loevy
311 N. Aberdeen Street, Suite 3
Chicago, Illinois 60607
312-243-5900

    PLEASE TAKE NOTICE that on January 6, 2026, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, the attached Appearance of John B. Murphey for Defendants Mayor Kyle R. Hastings and the Village of Orland Hills, a copy of which is attached hereto and served upon you herewith.

                                                              /s/ John B. Murphey

Burton S. Odelson – attyburt@omfmlaw.com
John B. Murphey – jmurphey@omfmlaw.com
Kelly A. Krauchun – kkrauchun@omfmlaw.com
**ODELSON, MURPHEY, FRAZIER & MCGRATH, LTD.**
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678

1

CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2026, I electronically filed this Notice of Filing along with the Appearance of John B. Murphey for Defendants Mayor Kyle R. Hastings and the Village of Orland Hills with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed above.

                                                /s/ John B. Murphey

Burton S. Odelson – attyburt@omfmlaw.com
John B. Murphey – jmurphey@omfmlaw.com
Kelly A. Krauchun – kkrauchun@omfmlaw.com
**ODELSON, MURPHEY, FRAZIER & MCGRATH, LTD.**
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678