UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, | ) ) ) |
| Plaintiff, | ) Case No. 25-cv-14656 ) |
| vs. | ) ) |
| | ) Judge Andrea R. Wood |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE R. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their Individual and official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, | ) ) ) ) ) ) ) ) ) ) ) JURY TRIAL DEMANDED |
| Defendants | ) ) |

**MOTION FOR EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, ORLAND TOWNSHIP and CINDY M. MURRAY, by and through their attorneys, MICHAEL D. BERSANI and JASON R. BLUMENTHAL of HERVAS, CONDON & BERSANI, P.C., and moves this Honorable Court for entry of an Order granting Defendants an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint.

In support thereof, Defendants state the following to this Honorable Court.

1. On December 2, 2025, Plaintiffs, Paul O'Grady, Reem Odeh, John Lynch and Patrick Feldner, filed a Complaint pursuant to 42 U.S.C. § 1983 and state law.

2. Defendant Orland Township was served on December 16, 2025, and Defendant Cindy M. Murray was served on January 8, 2026.

3. Michael D. Bersani of the law firm of Hervas, Condon & Bersani, P.C. was retained to defend the Defendants Orland Township and Cindy M. Murray in this litigation.

4. The undersigned needs time to conduct a thorough investigation of the allegations of the complaint and file the appropriate responsive pleadings.

5. Accordingly, Defendants Orland Township and Cindy M. Murray are requesting until February 12, 2026, to file responsive pleadings.

6. The undersigned counsel has conferred with counsel for Plaintiff, and counsel does not object to this motion.

7. An extension of time will not incur any prejudice on behalf of the Plaintiff.

WHEREFORE, Defendants, ORLAND TOWNSHIP and CINDY M. MURRAY, respectfully move that this Honorable Court grant its motion to extend the time in which to answer or otherwise respond to Plaintiffs' Complaint to February 12, 2026.

    Respectfully submitted,

    s/ **Michael D. Bersani**
    MICHAEL D. BERSANI, *One of the attorneys for Defendants, Orland Township and Cindy M. Murray*
    HERVAS, CONDON & BERSANI, P.C.
    333 W. Pierce Rd., Ste. 195
    Itasca, IL 60143-3156
    630-773-4774

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, ) ) ) | |
| Plaintiff, ) | Case No. 25-cv-14656 |
| vs. ) ) | Judge Andrea R. Wood |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE R. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their Individual and official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing **Motion for Extension of Time in which to Answer or Otherwise Respond to Plaintiffs' Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification to the CM/ECF participants:

TO:    Michael Kanovitz
           Jon Loevy
           Kathryn Montenegro
           Loevy & Loevy
           311 N. Aberdeen St., Suite 3
           Chicago, IL 60607
           mike@loevy.com
           jon@loevy.com
           katiem@loevy.com

                                          **s/Michael D. Bersani**
                                          MICHAEL D. BERSANI, Bar Number 06200897
                                          HERVAS, CONDON & BERSANI, P.C.
                                          333 W. Pierce Road, Suite 195
                                          Itasca, IL 60143-3156
                                          Phone: 630-773-4774
                                          mbersani@hcbattorneys.com