**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, AND PATRICK FELDNER, | ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 1:25-cv-14656 |
| v. | ) ) | Hon. Andrea R. Wood |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE E. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their official capacities, THE VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**_UNOPPOSED_ MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT**

NOW COMES the Defendant, SENATOR MICHAEL E. HASTINGS ("Sen. Hastings"), by and through his attorneys, AMUNDSEN DAVIS, LLC, and respectfully moves this Court for an extension of time to answer or otherwise plead in response to the Complaint. This motion is unopposed by the Plaintiffs and, in support, Sen. Hastings states as follows:

1. Plaintiffs' lawsuit was filed on December 2, 2025. Compl. (Doc. # 1).

2. As against Sen. Hastings, Plaintiffs attempt to allege seven distinct causes of action over 166 separately number paragraphs, including:

   a. First Amendment Retaliation, 42 U.S.C. § 1983 (Count I);
   b. Civil Conspiracy, 42 U.S.C. § 1983 (Count II);
   c. Deprivation of State Constitutional Rights, 10 ILCS 5/29-17 (Count IV);
   d. Conspiracy to Prevent Voting, 10 ILCS 5/29-18 (Count V);
   e. Defamation and Defamation *Per Se* (Count VI);
   f. False Light (Count VII); and
   g. Willful and Wanton Conduct (Count VIII).

*Id.* Plaintiffs pray for compensatory damages, attorneys' fees and costs, as well as punitive damages against Sen. Hastings. *Id.* at pp. 25-26.

3. Sen. Hastings was served with process on January 8, 2026, resulting in a January 29, 2026 deadline to answer or otherwise plead. Doc. # 18.

4. Amundsen Davis, LLC was just recently retained as counsel for Sen. Hastings in this matter, and Sen. Hastings and his attorneys require additional time to evaluate and investigate Plaintiffs' claims and prepare an appropriate response.

5. Accordingly, Sen. Hastings respectfully requests that his deadline to respond to the Complaint be extended by 30 days, up and through March 2, 2026 (as the 30th day lands on a Saturday).

6. This is Sen. Hastings' first request for an extension of time to answer or plead, and this motion is timely filed in good faith.

7. As the initial status hearing is scheduled for March 19, 2026, granting the relief sought herein will not cause a delay in the adjudication of this matter or unduly prejudice any party. *See* Minute Entry, Jan. 12, 2026 (Doc. #22).

8. On January 28, 2026, undersigned counsel emailed counsel of record for Plaintiffs regarding this motion. Plaintiffs' counsel responded on January 29, 2026, advising that Plaintiffs had no objection to the requested extension.

WHEREFORE, the Defendant, SENATOR MICHAEL E. HASTINGS, respectfully prays that this Court grant the present motion, extend Sen. Hastings' deadline to respond to the Complaint by 30 days, up and through March 2, 2026, and enter any additional relief this Court deems just and proper.

Respectfully submitted,

Danessa P. Watkins
*One of the attorneys for*
*Senator Michael E. Hastings*

Ryan B. Jacobson, Esq. (6269994)
Danessa P. Watkins, Esq. (6314234)
AMUNDSEN DAVIS LLC
150 North Michigan Avenue, Suite #3300
Chicago, Illinois 60601
Jacobson Direct: (312) 894-3252
Watkins Direct: (312) 894-3376
rjacobson@amundsendavislaw.com
dwatkins@amundsendavislaw.com

3