## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Paul O'Grady, et al.

                Plaintiff,

v.

                              Case No.: 1:25–cv–14656
                              Honorable Andrea R. Wood

Michael E. Hastings, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

     MINUTE entry before the Honorable Andrea R. Wood: Defendant Hastings' unopposed first motion for extension of time to answer or otherwise plead in response to the complaint [26] is granted. Defendant Hastings shall answer or otherwise respond to the complaint by 3/2/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.