## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE R. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, <br><br> Defendants. | Case No. 1:25-cv-14656 <br><br> Honorable Judge Andrea R. Wood <br><br> Jury Trial Demanded |

### ORLAND HILLS DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants, Village of Orland Hills, Kyle Hastings, and Kyle Hastings II ( the "Orland Hills Defendants"), by their attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and Lance E. Neyland, IFMK Law, Ltd., hereby move this Court pursuant to F.R.C.P. 12(b)(6) to dismiss Counts I-III for failure to state a claim upon which relief can be granted against the Orland Hills Defendants.

Upon the dismissal of Counts I-III the Court should decline to exercise supplemental jurisdiction over the remaining state law claims (Counts IV-X) pursuant to 28 U.S.C. § 1367(c)(3). In support of this motion, the Orland Hills Defendants separately file their Memorandum of Law.

Respectfully submitted,

**Village of Orland Hills, Mayor Kyle Hastings, and Trustee Kyle Hastings II**

By: /s/ John B. Murphey
     John B. Murphey, Attorney

Burton S. Odelson (2090457)
John B. Murphey (1992635)
Kelly A. Krauchun (6322639)
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel: 708.424.5678
attyburt@omfmlaw.com
jmurphey@omfmlaw.com
kkrauchun@omfmlaw.com

*s/Lance E. Neyland*
Lance E. Neyland (6331171)
*For the Village of Orland Hills*
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Tel: 847.291.0200
lneyland@ifmklaw.com