**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, | ) ) ) |
| Plaintiffs, | ) ) Case No. 25-cv-14656 |
| vs. | ) ) ) |
| | ) Judge Andrea R. Wood |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE R. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their individual and official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, | ) Magistrate Judge Laura K. McNally ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

NOW COME Defendants, CINDY M. MURRAY and ORLAND TOWNSHIP, by and through their attorneys, MICHAEL D. BERSANI and JASON R. BLUMENTHAL of HERVAS, CONDON & BERSANI, P.C., and move this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' Complaint with prejudice. In support thereof, the Defendants state as follows:

1. Plaintiffs bring claims under 42 U.S.C. § 1983 alleging First Amendment retaliation and conspiracy and corollary supplemental state law.

2. The Complaint should be dismissed in its entirety under Federal Rule of Civil Procedure 12(b)(6) for failure to state a plausible claim against Defendants Murray and Orland Township.

3. Plaintiffs' § 1983 First Amendment claim fails for several reasons. First, Plaintiffs fail to allege state action by Murray sufficient to state a plausible § 1983 claim. Second, even if Plaintiffs

sufficiently alleged state action, their claim fails to plausibly allege an actual First Amendment deprivation.

4. Plaintiffs' federal and state law conspiracy claims fail because Plaintiffs fail to plausibly allege an underlying violation.

5. Plaintiffs' state law willful and wanton claim should be dismissed because Illinois law does not recognize a separate and independent claim for willful and wanton conduct.

6. Plaintiffs' official capacity claim against Murray should be dismissed as redundant to the claim asserted against her employer Orland Township.

7. The state law indemnification claim against Orland Township should be dismissed due to the lack of any liability on the part of Murray.

8. Defendants have filed a memorandum of law contemporaneously with this motion.

WHEREFORE, the Defendants CINDY M. MURRAY and ORLAND TOWNSHIP, respectfully move that this Honorable Court grant their motion to dismiss the Plaintiffs' Complaint with prejudice.

Respectfully submitted,

**/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar # 06200897
JASON R. BLUMENTHAL, Bar #06332469
Attorney for Defendants Murray and Orland Township
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P:  630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, ) ) ) | |
| Plaintiff, ) | Case No. 25-cv-14656 |
| vs. ) ) | Judge Andrea R. Wood |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE R. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their Individual and official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Laura K. McNally  JURY TRIAL DEMANDED |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing **Motion to Dismiss** with the Clerk of the U.S. District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification to the CM/ECF participants; thereby caused all counsel of record to be served a copy of the same.

                                           **s/Michael D. Bersani**
                                           MICHAEL D. BERSANI, Bar #06200897
                                           JASON R. BLUMENTHAL, Bar #06332469
                                           HERVAS, CONDON & BERSANI, P.C.
                                           333 W. Pierce Road, Suite 195
                                           Itasca, IL 60143-3156
                                           Phone: 630-773-4774
                                           mbersani@hcbattorneys.com
                                           jblumenthal@hcbattorneys.com