**Case No. 1:25-cv-14656**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER,

*Plaintiffs,*

v.

ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE E. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their official capacities, THE VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP,

*Defendants.*

**SENATOR MICHAEL E. HASTINGS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Honorable Andrea R. Wood

Respectfully submitted,

Ryan B. Jacobson, Esq. (ARDC No. 6269994)
Danessa P. Watkins, Esq. (ARDC No. 6314234)
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue, Suite #3300
Chicago, Illinois 60601
Phone: (312) 894-3252
rjacobson@amundsendavislaw.com
dwatkins@amundsendavislaw.com

*Counsel for Defendant, Senator Michael E. Hastings*

NOW COMES, the Defendant, Senator Michael E. Hastings ("Sen. Hastings"), by and through his attorneys, Ryan B. Jacobson and Danessa P. Watkins of Amundsen Davis, LLC, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss *with prejudice* all causes of action pled in the Complaint against the present movant. In support, Sen. Hastings states as follows:

1. As against Sen. Hastings, Plaintiffs attempt to plead the following causes of action:

    First Amendment Retaliation, 42 U.S.C. § 1983 (Count I);
    Civil Conspiracy, 42 U.S.C. § 1983 (Count II);
    Deprivation of State Constitutional Rights, 10 ILCS 5/29-17 (Count IV);
    Conspiracy to Prevent Voting, 10 ILCS 5/29-18 (Count V);
    Defamation and Defamation *Per Se* (Count VI);
    False Light (Count VII); and
    Willful and Wanton Conduct (Count VIII).

Complaint (Dkt. #1).

2. As more fully set forth in the Memorandum of Law filed contemporaneously herewith, each claim is subject to dismissal for failure to set forth a legally plausible claim. Fed. R. Civ. P. 12(b)(6).

3. Plaintiffs' § 1983 claims are without merit where Sen. Hastings was not acting under color of law, Plaintiffs were not deprived of any constitutional rights, and Plaintiffs have not pled sufficient facts to establish a conspiracy between the Defendants.

4. Plaintiffs' claims under the Illinois Election Code are insufficient for the same reasons as the § 1983 claims are untenable.

5. Plaintiff, Paul O'Grady, has no basis under Illinois law to plead defamation *per se*, defamation *per quod*, or false light against Sen. Hastings where the statements he actually published are reasonably subject to an innocent construction and O'Grady has not pled special damages with the requisite specificity.

6. Sen. Hastings' complained-of actions also fail to meet the threshold for "willful and wanton" conduct under Illinois law.

7. No amount of amendment to the Complaint could cure the underlying facts, which cannot support any of the causes of action pleaded against Sen. Hastings. Accordingly, Plaintiffs' Complaint against the present movant should properly be dismissed *with prejudice. See Evanger's Cat & Dog Food Co. v. Thixton*, 412 F. Supp. 3d 889, 906 (N.D. Ill. 2019) (confirming claims may be dismissed with prejudice, without the opportunity for amendment, when "they do not appear to be fixable via amended allegations").

WHEREFORE, for the reasons set forth above and in the attending Memorandum of Law, the Defendant, Senator Michael E. Hastings, respectfully prays that this Court dismiss with prejudice all causes of action pled against the present movant and enter any additional relief this Court deems just and proper under the circumstances.

                                        Respectfully submitted,

                                        Danessa P. Watkins
                                        *One of the attorneys for*
                                        *Senator Michael E. Hastings*

Ryan B. Jacobson, Esq. (6269994)
Danessa P. Watkins, Esq. (6314234)
AMUNDSEN DAVIS LLC
150 North Michigan Avenue, Suite #3300
Chicago, Illinois 60601
Jacobson Direct: (312) 894-3252
Watkins Direct: (312) 894-3376
rjacobson@amundsendavislaw.com
dwatkins@amundsendavislaw.com