# EXHIBIT 1

# Orland Park police disperse crowd at Orland Township caucus

www.chicagotribune.com/2024/12/04/orland-park-police-called-to-disperse-crowd-at-orland-township-political-caucus/

Mike Nolan                                                                                                December 4, 2024

.



State Sen. Michael Hastings, D-Frankfort, speaks to people outside an Orland Township caucus Dec. 3, 2024, at Orland Chateau in Orland Park. (Mike Nolan / Daily Southtown)

**Getting your Trinity Audio player ready...**
Police were called to disperse a large crowd Tuesday night at an Orland Township political caucus after several would-be attendees were told to leave.

The caucus was called by the Orland Township Together political organization, headed by township Supervisor Paul O'Grady. He and others on the ticket are seeking election in April.

But a crowd of some 40 township residents were told by Orland Park police to leave the Orland Chateau banquet hall, 14500 S. La Grange Road, Orland Park, saying they were not invited to attend.

Ushered outside in freezing temperature, the group had intended to take part in the caucus, meant to select candidates to run.

State Sen. Michael Hastings, who said he is assisting another candidate in his capacity as an attorney, told the crowd outside that O'Grady and the Orland Township Together group were "circumventing the election law."

"I think that this is garbage," Hastings said.

Bernie O'Boyle, vice president of the Tinley Park-Park District, told the crowd "this is a public taxpayer event." His wife, Cynthia, is running for village clerk in Tinley Park.

"We have to take our village back, our township back," O'Boyle said.



Orland Township Supervisor Paul O'Grady speaks to supporters Dec. 3, 2024, during a township caucus at Orland Chateau banquet hall in Orland Park. (Mike Nolan / Daily Southtown)

Inside the banquet hall, O'Grady said "they tried to come in to hijack our caucus," referring to the crowd sent away.

Uniformed Orland Park police were inside and outside Orland Chateau, and at one point about 40 people who had been inside were told they had been "uninvited" to the event and told to leave.



State Sen. Michael Hastings, D-Frankfort, speaks to people outside an Orland Township caucus Dec. 3, 2024, at Orland Chateau in Orland Park. (Mike Nolan / Daily Southtown)

Candidates, including O'Grady, previously sought office or reelection under the Orland Township Together banner.

For next year's election, they were required to notify the Cook County clerk in August that they intended to field a slate under the Orland Township Together name, making them an established political organization, O'Grady explained.

It's important because established parties have a lower threshold of signatures to gather on nominating petitions compared with a newly minted party.

O'Grady said the party should have been notified of the requirement but wasn't. He said the candidates had gathered some 700 signatures, more than enough for an established political party.

However, an objection to their petitions was filed, alleging that they hadn't declared as an established party and didn't have enough signatures.

O'Grady explained the options would have been to get about 1,800 signatures or hold a caucus to select candidates.

Inside Orland Chateau, people attending the Orland Township Together caucus filled their plates with pizza and ordered drinks at the bar, while a guy sang Sinatra and Elvis songs.

Those running on the ticket introduced themselves, and a voice vote was taken of those in attendance, who had to sign in and state they are township residents.

O'Grady, who has been supervisor since 2009, leads the ticket, while Patrick Feldner and Michael Maratea are seeking reelection as trustees. Also running for trustee on the ticket is Marie Fuesel.

Reem Odeh is running for township clerk and John Lynch, currently a trustee, is seeking the office of highway commissioner.

*mnolan@southtownstar.com*