**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Paul O'Grady, et al.

                                        Plaintiff,

v.                                                                Case No.: 1:25–cv–14656
                                                                  Honorable Andrea R. Wood

Michael E. Hastings, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 19, 2026:

        MINUTE entry before the Honorable Andrea R. Wood: Telephonic initial status hearing held on 3/19/2026. The Court sets the following briefing schedule on Defendants' motion to dismiss [28], [30], and [33]. Plaintiffs shall file their consolidated response by 4/20/2026. Plaintiffs are granted leave to file their response brief of no more than 30 pages. Defendants shall file their replies by 5/20/2026. For the reasons stated on the record, the Court stays merits discovery until further order of the Court. However, Plaintiff may conduct discovery for the limited purpose of identifying and facilitating service on the as yet unidentified Defendants. Telephonic status hearing set for 7/24/2026 at 9:15 AM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.