**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PAUL O'GRADY, REEM ODEH, JOHN )
LYNCH, AND PATRICK FELDNER, )
)
      *Plaintiffs,* )    Case No. 1:25-cv-14656
)
      v. )    Hon. Andrea R. Wood
)
ILLINOIS STATE SENATOR MICHAEL E. )
HASTINGS, MAYOR KYLE E. HASTINGS, )
TRUSTEE KYLE HASTINGS II, AS-YET )
UNKNOWN OFFICERS OF THE VILLAGE OF )
ORLAND HILLS POLICE DEPARTMENT, )
CLERK CINDY M. MURRAY, AS-YET )
UNNAMED CO-CONSPIRATORS in their official )
capacities, THE VILLAGE OF ORLAND HILLS, )
and ORLAND TOWNSHIP, )
)
      *Defendants.* )

**_AGREED_ MOTION FOR EXTENSION OF TIME ON DEFENDANTS' DEADLINE
TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

NOW COMES the Defendant, SENATOR MICHAEL E. HASTINGS ("Sen. Hastings"), by and through his attorneys, AMUNDSEN DAVIS, LLC, **with agreement of all Parties**, and respectfully moves this Court for a **nine-day extension** on Defendants' deadline to file reply briefs in support of their respective motions to dismiss. In support, Sen. Hastings states as follows:

1. All Defendants have filed Motions to Dismiss the Plaintiffs' Complaint. *See* Dkt. Nos. 28, 30 & 33.

2. This Court entered a briefing schedule allowing Plaintiffs until April 20, 2026, to file a consolidated response of no more than 30 pages and Defendants until May 20, 2026, to file their reply briefs. Dkt. No. 36.

3. The undersigned counsel has been unexpectedly consumed in an aggressive Court-Ordered deposition schedule over the past three weeks in a matter scheduled for a multi-week jury

trial in the fall. Accordingly, on May 12th, counsel communicated with the other counsel of record in this case to request a nine-day extension on Sen. Hastings' reply brief deadline, as the present deadline is not tenable.

4.      All defense counsel agreed to the relief sought and requested the same extension.

5.      **Plaintiffs' counsel agreed to an extension up and through May 29, 2026, for all Defendants to file their reply briefs**.

6.      This request is brought in good faith, does not cause undue prejudice to any party, and will not cause unreasonable delay in the adjudication of this matter. The Parties are next before the Court on July 24, 2026, for a teleconference status hearing. Dkt. No. 36.

7.      The Defendants previously filed *unopposed* motions for extensions on their initial deadline to answer the Complaint, *see* Dkt. Nos. 13, 21 & 26, and each Defendant met their respective, extended deadline to answer or otherwise plead.

8.      This is the Defendants' first request for an extension on their reply deadline.

WHEREFORE, with agreement of all Parties, the Defendant, SENATOR MICHAEL E. HASTINGS, respectfully prays that this Court grant the present motion, extend all Defendants' deadlines to file reply briefs in support of their Motions to Dismiss by nine days, resetting such deadline to May 29, 2026, and enter any additional relief this Court deems just and proper.

Respectfully submitted,

Danessa P. Watkins
*One of the attorneys for Senator Michael E. Hastings*

Ryan B. Jacobson, Esq. (6269994)
Danessa P. Watkins, Esq. (6314234)
AMUNDSEN DAVIS LLC
150 North Michigan Avenue, Suite #3300
Chicago, Illinois 60601
Jacobson Direct: (312) 894-3252; rjacobson@amundsendavislaw.com
Watkins Direct: (312) 894-3376; dwatkins@amundsendavislaw.com