# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Paul O'Grady, et al.

                        Plaintiff,

v.

                                         Case No.: 1:25–cv–14656
                                         Honorable Andrea R. Wood

Michael E. Hastings, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: At the emailed request of the parties, the Court sets the following briefing schedule on Orland Hills Defendants' motion to quash subpoena to Orland Hills Police Department [43]. Plaintiffs shall file a response by 7/10/2026. Orland Hills Defendants shall file a reply by 7/24/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.