**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANTS' VILLAGE OF ORLAND HILLS, MAYOR HASTINGS AND TRUSTEE**
**HASTINGS ANSWER TO PLAINTIFFS' PRELIMINARY INTERROGATORIES**

NOW COMES Defendants VILLAGE OF ORLAND HILLS, MAYOR KYLE E.
HASTINGS, and TRUSTEE KYLE E. HASTINGS, II, (hereinafter "Defendants"), by and through
their attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and for their answer to Plaintiff's
Preliminary Interrogatories states as follows:

**DEFINITIONS AND INSTRUCTIONS**

1.      "Person" shall refer to any individual, corporation, partnership, organization, or
other legal entity.

2.      "Identify" or "identity" with respect to a person shall mean to provide that person's
full legal name, address, and telephone number, and employment information. For any person
identified as working in law enforcement, "identify" or "identity" shall include their rank and
badge number.

3.      "Complaint" shall mean the operative pleading entitled Complaint, which was filed
in *O'Grady*, *et al. v. Hastings, et al*., No. 25-cv-14656 (N.D. Ill.), or any amended version of that
document filed after these instructions are given.

4.      In the event that you claim a privilege regarding any of the information sought in
Plaintiff's discovery requests, please state the privilege claimed and provide sufficient information,
including the type of information that has been withheld as purportedly privileged, so that the
claim of privilege may be adjudicated.

## INTERROGATORY

1.      Identify each person who you believe was present at the Orland Chateau banquet hall, located 14500 S. La Grange Road (including in the parking lot), on December 3, 2024, who is not named in the Complaint. For each person, state your understanding of the person's connection to any of the persons or events alleged in the Complaint.

**ANSWER:**      **Defendants object to this interrogatory on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1) and inconsistent with the Court's March 20, 2026 Order (Dkt. 36), as it seeks to require Defendants to identify "each person" present at a public venue on December 3, 2024, including individuals with no known connection to the allegations in the complaint. The interrogatory further calls for speculation by requiring Defendants to state their "understanding" of each unidentified person's connection to the events at issue, which may not be within Defendants' knowledge and would require conjecture.**

**Defendant further objects to the extent this interrogatory seeks information that is not within Defendants' possession, custody, or control, or that is equally available to Plaintiffs. Defendants also object to the extent the interrogatory is vague as to the scope of "present," including whether it encompasses all patrons, staff, vendors, or other individuals at or near the premises, including the parking lot.**

**Additionally, Defendants object to this interrogatory as it calls for speculation by requesting identification of persons the answering Defendants "believe[s]" were present and to describe these Defendants' "understanding" of their connection to the event alleged, including as to individuals whose identities and roles are not known to Plaintiffs.**

**Moreover, Defendants object to this interrogatory as it is vague and ambiguous as to the phrase "connection to any person or events alleged in the Complaint," and to the extent it seeks information not within these Defendants' personal knowledge or reasonably available to them.**

**Subject to and without waiving the foregoing objections, Defendants state that they are only aware of former Orland Hills Police Officer Joshua J. Patton being present on December 3, 2024, at Orland Chateau banquets. Answering Defendants will supplement this answer in accordance with the Federal Rules of Civil Procedure should additional responsive information become known.**

Respectfully submitted,

**VILLAGE OF ORLAND HILLS, MAYOR
HASTINGS & TRUSTEE KYLE HASTINGS II**


/s/ *Kelly A. Krauchun*

Kelly A. Krauchun, kkrauchun@omfmlaw.com
John B. Murphey, jmurphey@omfmlaw.com
Burton S. Odelson, attyburt@omfmlaw.com
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678

3