**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
PRELIMINARY REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COMES Defendants VILLAGE OF ORLAND HILLS, MAYOR KYLE E.

HASTINGS, and TRUSTEE KYLE E. HASTINGS, II, (hereinafter "Defendants"), by and through

their attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and hereby responds to Plaintiff's

Preliminary Request for Production of Documents as follows:

**DEFINITIONS AND INSTRUCTIONS**

1.      "Person" shall refer to any individual, corporation, partnership, organization, or other legal entity.

2.      "Identify" or "identity" with respect to a person shall mean to provide that person's full legal name, address, and telephone number, and employment information. For any person identified as working in law enforcement, "identify" or "identity" shall include their rank and badge number.

3.      "Identify" with respect to a Document shall mean to provide the date of the Document, the author of the Document, the subject matter of the Document, and, where applicable, all recipients of the Document; with respect to a Communication, "identify" shall mean to provide the date of the Communication, the Person making the Communication, the subject matter of the Communication, and all Persons who received the Communication.

4.      "Complaint" shall mean the operative pleading entitled Complaint, which was filed in *O'Grady, et al. v. Hastings, et al.*, No. 25-cv-14656 (N.D. Ill.), or any amended version of that document filed after these instructions are given.

5.       In the event that you claim a privilege regarding any of the information sought in Plaintiff's discovery requests, please state the privilege claimed and provide sufficient information, including the type of information that has been withheld as purportedly privileged, so that the claim of privilege may be adjudicated. Please provide a privilege log of any and all Documents that you have withheld on the basis of the privilege asserted, including the number of pages in each document withheld, the type of document withheld, the date(s) of the document withheld, so that the claim of privilege may be adjudicated.

## REQUEST

1.  Provide any documents in your possession, custody, or control relating to the

identity of any persons who you believe were present at the Orland Chateau banquet hall, located

14500 S. La Grange Road (including in the parking lot), on December 3, 2024, who are not named

in the Complaint.

**RESPONSE: Defendants object to this Request on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1), and inconsistent with the Court's March 20, 2026 Order (Dkt. 36), as it seeks "any documents" relating to the identity of "any persons" believed to have been present at a public venue on December 3, 2024, without limitation, including individuals with no connection to the allegations in Complaint.**

**Defendant further objects to this Request as vague and ambiguous, including but not limited to the phrases "relating to the identity," and "you believe were present," and "including in the parking lot," particularly to the extent the Request seeks documents concerning persons whose identities, roles, or presence are not known to these Defendants.**

**Defendants also object to the extent the Request seeks documents not within Defendants' possession, custody, or control, or that are equally available to Plaintiffs or obtainable from third parties with greater access to such information.**

**Defendants further object to the extent the Request calls for speculation regarding unidentified individuals and seeks documents that do not exist in the ordinary course of Defendants' business.**

**Subject to and without waiving the foregoing objections, Defendants state, after a reasonable search, see the following documents, Village 00001 – 000084 to the extent these documents identify who claimed to be present at or near the**

2

**Orland Chateau banquet hall on December 3, 2024. Defendants' investigation continues and they reserve the right to supplement this response in accordance with applicable rules should additional responsive, non-privileged documents be identified.**

Respectfully submitted,

**VILLAGE OF ORLAND HILLS, MAYOR HASTINGS & TRUSTEE KYLE HASTINGS II**

/s/ *Kelly A. Krauchun*

Kelly A. Krauchun, kkrauchun@omfmlaw.com
John B. Murphey, jmurphey@omfmlaw.com
Burton S. Odelson, attyburt@omfmlaw.com
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678