**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANT MAYOR HASTINGS' ANSWER TO**
**PLAINTIFF'S PRELIMINARY REQUESTS TO ADMIT**

NOW COMES Defendant MAYOR KYLE E. HASTINGS (hereinafter "Defendant"), by and through his attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and hereby answers Plaintiff's Preliminary Requests to Admit as follows:

**REQUEST TO ADMIT**

**Request No. 1**: Admit that the person you identified in the photo in Plaintiffs' second preliminary interrogatory is the same individual you arrived with at the Orland Chateau on Dec. 3, 2024.

**ANSWER:** **Denied as phrased. Defendant Mayor Hastings has not definitively identified the individual depicted in the photograph referenced in Plaintiffs' Second Preliminary Interrogatory. As previously stated in the Orland Hills' Defendants' Answers to Plaintiffs' Preliminary Interrogatories, Officer Joshua J. Patton was present at the Orland Chateau on December 3, 2024.**

**Further, based upon the information presently available to him and the fact that the photograph depicts only the rear view of the individual shown, without a frontal view sufficient for definitive identification, Mayor Hastings believes the individual depicted in the photograph is Officer Joshua J. Patton. However, Mayor Hastings cannot conclusively identify the individual from the photograph alone and therefore cannot admit that the person depicted in the photograph is the same individual with whom he arrived at the Orland Chateau on December 3, 2024.**

Respectfully submitted,

**MAYOR HASTINGS**

/s/ _Kelly A. Krauchun_

One of his Attorneys

Kelly A. Krauchun, kkrauchun@omfmlaw.com
John B. Murphey, jmurphey@omfmlaw.com
Burton S. Odelson, attyburt@omfmlaw.com
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served the foregoing document upon all parties listed in the attached service list by electronic mail on June 2, 2026.

Respectfully submitted,

*/s/ Kelly A. Krauchun*

**<u>SERVICE LIST</u>**

Michael Kanovitz, mike@loevy.com
Kathryn Montenegro, katie@loevy.com
Jon Loevy, jon@loevy.com
LOEVY & LOEVY
311 N. Aberdeen Street Suite 3
Chicago, Illinois 60607
*Counsel for Plaintiffs Paul O'Grady, Reem Odeh, John Lynch, and Patrick Feldner*


Ryan B. Jacobson, rjacobson@amundsendavislaw.com
Danessa P. Watkins, dwatkins@amundsendavislaw.com
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
*Counsel for Defendant Senator Michael E. Hastings*


Michael D. Bersani, mbersani@hcbattorneys.com
Jason R. Blumenthal, jblumenthal@hcbattorneys.com
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
*Counsel for Defendants Orland Township and Cindy Murray*


Lance E. Neyland, lneyland@ifmklaw.com
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
*Counsel for Defendant Village of Orland Hills*