**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANT MAYOR HASTINGS' ANSWER TO
PLAINTIFFS' SECOND PRELIMINARY INTERROGATORIES**

NOW COMES Defendant MAYOR KYLE E. HASTINGS (hereinafter "Defendant"), by and through his attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and for his answer to Plaintiff's Second Preliminary Interrogatory states as follows:

**PRELIMINARY INTERROGATORY**

2.    From the photo below, which was taken on December 3, 2024, at the Orland Chateau, identify the person who is wearing a police uniform:



**ANSWER:** Defendant Mayor Hastings states that Orland Hills Police Officer Joshua J. Patton was present at the Orland Chateau Banquets facility on December 3, 2024, as previously disclosed in the Orland Hills Defendants' Answers to Plaintiff's Preliminary Interrogatories, which were served upon Plaintiffs on May 5, 2026.

Further answering, Mayor Hastings states that, based upon the information presently available to him and given that the photograph depicts only the rear view of the individual shown and does not provide a frontal view sufficient for definitive identification, he believes the individual depicted in the photograph is Orland Hills Police Officer Joshua J. Patton. This belief is based upon the officer's known presence at the event on December 3, 2024.

Respectfully submitted,

**MAYOR HASTINGS**

/s/        *Kelly A. Krauchun*
One of his Attorneys

Kelly A. Krauchun, kkrauchun@omfmlaw.com
John B. Murphey, jmurphey@omfmlaw.com
Burton S. Odelson, attyburt@omfmlaw.com
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678

2