**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANT MAYOR HASTINGS' RESPONSE TO PLAINTIFF'S**
**SECOND PRELIMINARY REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COMES Defendant MAYOR KYLE E. HASTINGS, by and through his attorneys, Odelson, Murphey, Frazier & McGrath, Ltd., and hereby responds to Plaintiff's Second Preliminary Request for Production of Documents as follows:

**REQUESTS**

1. Provide any documents in your possession, custody, or control relating to the identity of any police officers who were on duty during the caucus event on December 3, 2024.

**RESPONSE: Defendant Hastings objects to this Request on the grounds that it exceeds the scope of discovery authorized by the Court's March 19, 2026 Minute Order. The Court expressly stayed merits discovery "until further order of the Court" and permitted only limited discovery "for the purpose of identifying and facilitating service on the as yet unidentified Defendants." This Request improperly seeks broad merits discovery concerning "any police officers" purportedly "on duty during the caucus event," regardless of whether such individuals are unidentified defendants or otherwise relevant to service of process. Additionally, this Request seeks the identity of police officers from Orland Hills, a village outside the caucus event location that took place in _Orland Park_. (emphasis added).**

**Defendants further object to this Request as overbroad, vague, unduly burdensome, and not proportional to the needs of the case to the extent it seeks "any documents" relating to unidentified categories of officers without**

**limitation as to subject matter or relevance to the limited discovery permitted by the Court.**

**Subject to and without waiving the foregoing objections, Defendants state that they have already identified the Orland Hills police officer alleged to have accompanied Mayor Hastings on December 3, 2024.**

2.  Provide any documents in your possession, custody, or control relating to the identity of

any police officers who were present at the Orland Chateau banquet hall on December 3, 2024.

**RESPONSE:** **Defendant Hastings objects to this Request on the grounds that it exceeds the limited discovery authorized by the Court's March 19, 2026 Minute Order. The Order stayed all merits discovery pending resolution of the motions to dismiss and permitted only limited discovery directed toward identifying and facilitating service on as-yet identified defendants. This Request seeks information concerning "any police officers" allegedly present at the Orland Chateau banquet hall, irrespective of whether such individuals are unidentified defendants or relevant to service. Additionally, this Request seeks the identity of police officers from Orland Hills, a village outside the caucus event location that took place in *Orland Park*. (emphasis added).**

**Defendant Hastings further objects to this Request as overbroad, vague, unduly burdensome, and not proportional to the needs of the case because it seeks "any documents" relating to unidentified categories of individuals without reasonable limitation.**

**Subject to and without waiving the foregoing objections, Defendant Hastings states that he has already disclosed the identity of the Orland Hills police officer alleged in the Complaint to have accompanied Mayor Hastings on December 3, 2024.**

Respectfully submitted,

**MAYOR HASTINGS**

/s/     *Kelly A. Krauchun*
       One of his Attorneys

Kelly A. Krauchun, kkrauchun@omfmlaw.com
John B. Murphey, jmurphey@omfmlaw.com
Burton S. Odelson, attyburt@omfmlaw.com
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678

2