**LOEVY + LOEVY**                                      Katie Montenegro <katiem@loevy.com>

---

## Paul O'Grady et al v. Hastings et al - Discovery Requests and Subpoena

5 messages

---

**Melinda Ek** <melinda@loevy.com>                           Fri, May 15, 2026 at 9:42 AM
To: "Watkins, Danessa" <dwatkins@amundsendavislaw.com>, Kelly Krauchun <kkrauchun@omfmlaw.com>, Julie Koerner <jkoerner@ifmklaw.com>, Burt Odelson <attyburt@omfmlaw.com>, John Murphey <jmurphey@omfmlaw.com>, "Jason R. Blumenthal" <jblumenthal@hcbattorneys.com>, Michael Bersani <mbersani@hcbattorneys.com>, Jessica Rice <jrice@omfmlaw.com>, "Tina J. Santille" <tsantille@hcbattorneys.com>, "Jacobson, Ryan" <rjacobson@amundsendavislaw.com>, Lance Neyland <lneyland@ifmklaw.com>, Kathleen Carey <kcarey@omfmlaw.com>
Cc: Katie Montenegro <katiem@loevy.com>, "mike@loevy.com" <mike@loevy.com>, Fernanda Ponce <ponce@loevy.com>, Jon Loevy <jon@loevy.com>

Counsel:

Attached please find Plaintiffs' second preliminary discovery requests to Defendant Mayor Hastings.  We have included word versions for your convenience.

Additionally, please find the subpoena issued to the Orland Hills Police Department.

Kindest regards,
Melinda Ek
--
**Melinda Ek** (she/her)

 **LOEVY + LOEVY**

Office: (312) 243-5900 / Direct: (773) 654-2423

311 N Aberdeen St, Chicago, IL 60607

**www.loevy.com**

---

**8 attachments**

📄 **2026.05.15 - Orland HIlls Subpoena.pdf**
654K

📄 **2026.05.15 - Orland HIlls Subpoena - Notice.pdf**
108K

📄 **O'Grady 2nd Prelim RFP Mayor Hastings.pdf**
139K

📄 **O'Grady Prelim RTA Mayor Hastings.pdf**
118K

📄 **O'Grady Prelim RTA Mayor Hastings.docx**
26K

📄 **O'Grady 2nd Prelim RFP Mayor Hastings.docx**
26K

📄 **O'Grady 2nd Prelim Interrog Mayor Hastings.pdf**
154K

📄 **O'Grady 2nd Prelim Interrog Mayor Hastings.docx**
40K

---

**Kelly Krauchun** <kkrauchun@omfmlaw.com>                    Tue, May 26, 2026 at 1:51 PM

To: Melinda Ek <melinda@loevy.com>, "Watkins, Danessa" <dwatkins@amundsendavislaw.com>, Julie Koerner <jkoerner@ifmklaw.com>, Burt Odelson <attyburt@omfmlaw.com>, John Murphey <jmurphey@omfmlaw.com>, "Jason R. Blumenthal" <jblumenthal@hcbattorneys.com>, Michael Bersani <mbersani@hcbattorneys.com>, Jessica Rice <jrice@omfmlaw.com>, "Tina J. Santille" <tsantille@hcbattorneys.com>, "Jacobson, Ryan" <rjacobson@amundsendavislaw.com>, Lance Neyland <lneyland@ifmklaw.com>, Kathleen Carey <kcarey@omfmlaw.com>
Cc: Katie Montenegro <katiem@loevy.com>, "mike@loevy.com" <mike@loevy.com>, Fernanda Ponce <ponce@loevy.com>, Jon Loevy <jon@loevy.com>

Counsel:

Pursuant to the Court's March 19, 2026 Order, Plaintiffs were permitted to conduct only limited discovery for the purpose of identifying and facilitating service on the as-yet unidentified defendants. In accordance with that Order, Plaintiffs served, and the Orland Hills Defendants responded to, initial written discovery directed solely to that issue. The Orland Hills Defendants fully complied and identified the Orland Hills police officer who accompanied Mayor Hastings on the date of the caucus.

Because the identity of the previously unidentified officer has now been disclosed, Plaintiffs' supplemental discovery requests and subpoena exceed the limited scope of discovery authorized by the Court. Moreover, merits discovery remains expressly stayed pending resolution of the motions to dismiss. As such, the supplemental discovery and subpoena are both unauthorized and premature.

Accordingly, we request that Plaintiffs immediately withdraw the supplemental discovery requests and subpoena unless and until the Court lifts the discovery stay or otherwise authorizes additional discovery.

For ease of reference, I have included the relevant portion of the Court's Minute Entry (Dkt. 36) below:

"[F]or the reasons stated on the record, the Court stays merits discovery until further order of the Court. However, Plaintiff may conduct discovery for the limited purpose of identifying and facilitating service on the as yet unidentified Defendants."

Please confirm by tomorrow whether Plaintiffs will withdraw the outstanding discovery requests and subpoena.

Thank you,

**Kelly A. Krauchun**

*Senior Counsel*

**ODELSON, MURPHEY, FRAZIER & McGRATH, LTD.**

3318 West 95th Street

Evergreen Park, Illinois 60805

Ph.(708) 424-5678; Fax (708) 425-1898

kkrauchun@omfmlaw.com

www.omfmlaw.com



CONFIDENTIALITY NOTE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of any kind is strictly prohibited. If you are not the intended recipient, please contact the sender via reply e-mail and destroy all copies of the original message.

[Quoted text hidden]

---

**Katie Montenegro** <katiem@loevy.com>                                    Tue, May 26, 2026 at 4:19 PM
To: Kelly Krauchun <kkrauchun@omfmlaw.com>
Cc: Melinda Ek <melinda@loevy.com>, "Watkins, Danessa" <dwatkins@amundsendavislaw.com>, Julie Koerner <jkoerner@ifmklaw.com>, Burt Odelson <attyburt@omfmlaw.com>, John Murphey <jmurphey@omfmlaw.com>, "Jason R. Blumenthal" <jblumenthal@hcbattorneys.com>, Michael Bersani <mbersani@hcbattorneys.com>, Jessica Rice <jrice@omfmlaw.com>, "Tina J. Santille" <tsantille@hcbattorneys.com>, "Jacobson, Ryan" <rjacobson@amundsendavislaw.com>, Lance Neyland <lneyland@ifmklaw.com>, Kathleen Carey <kcarey@omfmlaw.com>, "mike@loevy.com" <mike@loevy.com>, Fernanda Ponce <ponce@loevy.com>, Jon Loevy <jon@loevy.com>

Ms. Krauchun,

In response to your email, I would like to clarify a few points.

First, Plaintiffs' second preliminary discovery requests have been narrowed, directed only to Defendant Mayor Hastings and not to the Village, Trustee (or any other named Defendant).

Second, in response to Plaintiff's first preliminary discovery requests, Defendant Mayor Hastings did not confirm the identity of the uniformed police officer who *accompanied* him the night of the caucus. His response to the interrogatory stated: **"Subject to and without waiving the foregoing objections, Defendants state that they are only aware of former Orland Hills Police Officer Joshua J. Patton being present on December 3, 2024, at Orland Chateau banquets. Answering Defendants will supplement this answer in accordance with the Federal Rules of Civil Procedure should additional responsive information become known."** (Interrogatory response attached).

It is not clear from this response that Defendant Mayor Hastings is verifying that Officer Patton is the individual who accompanied him at the event. Rather, it merely says a former officer was "present" at the venue. Without being able to confirm that this was the officer in question, Plaintiffs had to issue supplemental discovery to confirm his identity. We are unable to amend with the name of the as-yet unknown officer until we complete this second round of supplemental discovery.

For those reasons, we will not be withdrawing any of our discovery requests.

Thank you,

Katie

**Katie Montenegro** (she/her)



Office: (312) 243-5900 / Direct: (312) 600-5349

311 N Aberdeen St, Chicago, IL 60607

**katiem@loevy.com**

[Quoted text hidden]

---

 **2026. 05.05 Def Village & Hastings Answers to PI's ROGs.pdf**
343K

---

**Kathleen Carey** <kcarey@omfmlaw.com>                                    Fri, Jun 19, 2026 at 7:53 AM
To: Kelly Krauchun <kkrauchun@omfmlaw.com>, Melinda Ek <melinda@loevy.com>, "Watkins, Danessa" <dwatkins@amundsendavislaw.com>, Julie Koerner <jkoerner@ifmklaw.com>, Burt Odelson <attyburt@omfmlaw.com>, John Murphey <jmurphey@omfmlaw.com>, "Jason R. Blumenthal" <jblumenthal@hcbattorneys.com>, Michael Bersani

<mbersani@hcbattorneys.com>, Jessica Rice <jrice@omfmlaw.com>, "Tina J. Santille" <tsantille@hcbattorneys.com>, "Jacobson, Ryan" <rjacobson@amundsendavislaw.com>, Lance Neyland <lneyland@ifmklaw.com>
Cc: Katie Montenegro <katiem@loevy.com>, "mike@loevy.com" <mike@loevy.com>, Fernanda Ponce <ponce@loevy.com>, Jon Loevy <jon@loevy.com>

Good morning Counsel,

In respect to Defendant's attached motion to quash, Judge Woods requires the Parties to submit a joint email requesting a hearing date and/or briefing schedule on same. As such, please advise if you are amenable to our office submitting an email proposing the following briefing schedule for the Court's consideration and entry?

- Plaintiff's response shall be filed on or before **July 9, 2026**; and
- Defendant's reply in support of motion shall be filed on or before **July 23, 2026**

Thank you,

Kathleen

[Quoted text hidden]

---

 **Doc. 043 Orland Hills Dep Mtn Quash Subpoena.pdf**
439K

---

**Michael Bersani** <mbersani@hcbattorneys.com>                    Fri, Jun 19, 2026 at 9:02 AM
To: Kathleen Carey <kcarey@omfmlaw.com>, Kelly Krauchun <kkrauchun@omfmlaw.com>, Melinda Ek <melinda@loevy.com>, "Watkins, Danessa" <dwatkins@amundsendavislaw.com>, Julie Koerner <jkoerner@ifmklaw.com>, Burt Odelson <attyburt@omfmlaw.com>, John Murphey <jmurphey@omfmlaw.com>, "Jason R. Blumenthal" <jblumenthal@hcbattorneys.com>, Jessica Rice <jrice@omfmlaw.com>, "Tina J. Santille" <tsantille@hcbattorneys.com>, "Jacobson, Ryan" <rjacobson@amundsendavislaw.com>, Lance Neyland <lneyland@ifmklaw.com>
Cc: Katie Montenegro <katiem@loevy.com>, "mike@loevy.com" <mike@loevy.com>, Fernanda Ponce <ponce@loevy.com>, Jon Loevy <jon@loevy.com>

On behalf of Orland Township Defendants I don't have a position on the motion.

---

**From:** Kathleen Carey <kcarey@omfmlaw.com>
**Sent:** Friday, June 19, 2026 8:53 AM
**To:** Kelly Krauchun <kkrauchun@omfmlaw.com>; Melinda Ek <melinda@loevy.com>; Watkins, Danessa <dwatkins@amundsendavislaw.com>; Julie Koerner <jkoerner@ifmklaw.com>; Burt Odelson <attyburt@omfmlaw.com>; John Murphey <jmurphey@omfmlaw.com>; Jason R. Blumenthal <jblumenthal@hcbattorneys.com>; Michael Bersani <mbersani@hcbattorneys.com>; Jessica Rice <jrice@omfmlaw.com>; Tina J. Santille <tsantille@hcbattorneys.com>; Jacobson, Ryan <rjacobson@amundsendavislaw.com>; Lance Neyland <lneyland@ifmklaw.com>
**Cc:** Katie Montenegro <katiem@loevy.com>; mike@loevy.com; Fernanda Ponce <ponce@loevy.com>; Jon Loevy <jon@loevy.com>
**Subject:** RE: Paul O'Grady et al v. Hastings et al - Discovery Requests and Subpoena

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.