## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Paul O'Grady, et al.

      Plaintiff,

v.               Case No.: 1:25–cv–14656
                Honorable Andrea R. Wood

Michael E. Hastings, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

  MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held. For the reasons stated on the record, Orland Hills Defendants' Motion to Quash Subpoena [43] is denied as to the following modified request for documents: "Provide any documents in your possession, custody, or control relating to the identity of any police officers who were on duty and present during the caucus event at the Orland Chateau banquet hall on December 3, 2024." Defendants shall respond to the subpoena by 8/7/2026. The motions to dismiss [28], [30], [33] have been taken under advisement. Merits discovery remains stayed. Telephonic status hearing set for 10/22/2026 at 10:00 a.m. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.