**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:25-cv-14656 |
| ILLINOIS STATE SENATOR MICHAEL E. HASTINGS, MAYOR KYLE E. HASTINGS, TRUSTEE KYLE HASTINGS II, AS-YET UNKNOWN OFFICERS OF THE VILLAGE OF ORLAND HILLS POLICE DEPARTMENT, CLERK CINDY M. MURRAY, AS-YET UNNAMED CO-CONSPIRATORS in their official capacities; the VILLAGE OF ORLAND HILLS, and ORLAND TOWNSHIP, | ) | Hon. Andrea R. Wood |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

TO: See attached service list.

The undersigned, an attorney, states under penalty of perjury that I caused the following:

- **Orland Hills Police Department's Response to Subpoena for Production of Documents**

to be served on the above-mentioned attorney(s) via electronic mail on this 7th day of August 2026.

Respectfully submitted,

**ORLAND HILLS POLICE DEPT.**

*/s/ Kelly A. Krauchun*

Kelly A. Krauchun, kkrauchun@omfmlaw.com
**Odelson, Murphey, Frazier & McGrath, Ltd.**
3318 W 95th Street
Evergreen Park, IL 60805
Ph: (708) 424-5678

**SERVICE LIST**

Michael Kanovitz, mike@loevy.com
Kathryn Montenegro, katie@loevy.com
Jon Loevy, jon@loevy.com
LOEVY & LOEVY
311 N. Aberdeen Street Suite 3
Chicago, Illinois 60607
*Counsel for Plaintiffs Paul O'Grady, Reem Odeh, John Lynch, and Patrick Feldner*

Ryan B. Jacobson, rjacobson@amundsendavislaw.com
Danessa P. Watkins, dwatkins@amundsendavislaw.com
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
*Counsel for Defendant Senator Michael E. Hastings*

Michael D. Bersani, mbersani@hcbattorneys.com
Jason R. Blumenthal, jblumenthal@hcbattorneys.com
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
*Counsel for Defendants Orland Township and Cindy Murray*

Lance E. Neyland, lneyland@ifmklaw.com
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
*Counsel for Defendant Village of Orland Hills*