**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| *v.* | ) | Hon. Andrea R. Wood |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER, by and through their counsel, hereby move for leave to amend their complaint to name Orland Hills Police Officer Joshua J. Patton as As-Yet Unknown Officer of the Village of Orland Hills Police Department. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on December 2, 2025. Dkt. 1.

2. When Plaintiffs filed their Complaint, As-Yet Unknown Officers of the Village of Orland Hills Police Department and As-Yet Unnamed Co-Conspirators were sued in their individual and official capacities. Id.

3. After conducting preliminary discovery, Plaintiffs learned the name of the as-yet Unknown Officer.

4. Because of this new information, Plaintiffs hereby seek leave to file to amend their Amended Complaint for the purpose of properly naming as a Defendant Orland Hills Police Officer Joshua J. Patton and deleting references to As-Yet Unknown Officers of the Village of

Orland Hills Police Department and As-Yet Unnamed Co-Conspirators. *See* Ex. A (Plaintiff's First Amended Complaint).

5. The Parties agree that this amendment should not affect the Court's consideration and decision on the pending motions to dismiss, which have been fully briefed.

6. Plaintiffs have conferred with counsel for all Defendants who do not oppose this motion.

7. Plaintiff's First Amended Complaint does not add any new factual allegations.

8. Plaintiff's amendment will not delay this litigation or otherwise unfairly prejudice any party.

9. This motion is not brought in bad faith or with dilatory motive.

Dated: August 20, 2025

RESPECTFULLY SUBMITTED,

/s/ Kathryn Montenegro

Michael Kanovitz
Jon Loevy
Kathryn Montenegro
LOEVY & LOEVY
311 N. Aberdeen Street Suite 3
Chicago, Illinois 60607
(312) 243-5900
katie@loevy.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served the foregoing document upon all parties listed in the attached service list by electronic mail on August 20, 2026.

s/ Kathryn Montenegro
One of Plaintiffs' Attorneys