**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Paul O'Grady, et al.
Plaintiff,
v.
Michael E. Hastings, et al.
Defendant.

Case No.: 1:25−cv−14656
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' unopposed motion for leave to amend [49] is granted. Plaintiff shall separately file the amended complaint attached as Exhibit A to their motion and proceed with service on the newly named Defendant. The Court understands that the parties intend for the previously filed motions to dismiss [28], [30], and [33] to stand as now directed toward the amended complaint. If so, the parties shall prepare and file a stipulation to that effect by 8/28/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.