**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| O'GRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-CV-14656 |
| | ) | |
| *v.* | ) | Hon. Andrea R. Wood |
| | ) | |
| HASTINGS, et al., | ) | Hon. Mag. Laura K. McNally |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**<u>JOINT STIPULATION REGARDING PENDING MOTION TO DISMISS BRIEFING</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. On August 24, 2026, the Court granted Plaintiffs leave to file an amended complaint. Dkt. 50.

2. Plaintiffs filed their amended complaint on August 24, 2026. Dkt. 51.

3. The complaint was amended only to include the name of Orland Hills Officer Joshua J. Patton in place of As-Yet-Unknown Defendant Officers and As-of-Yet-Unnamed Co-Conspirators. Id.

4. The parties hereby stipulate that the previously filed motions to dismiss by Defendants Village of Orland Hills, Kyle Hastings, Kyle Hastings II, Cindy Murray, Orland Township, and Michel E. Hastings's (Dkts. 28, 30, 33) shall stand, now directed toward Plaintiffs' First Amended Complaint.

Dated: August 25, 2025

RESPECTFULLY SUBMITTED,

<u>/s/ Kathryn Montenegro</u>

Michael Kanovitz
Jon Loevy
Kathryn Montenegro
LOEVY & LOEVY
311 N. Aberdeen Street Suite 3
Chicago, Illinois 60607
(312) 243-5900
katie@loevy.com
*Counsel for Plaintiffs*

Ryan B. Jacobson
Danessa P. Watkins
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue, Suite #3300
Chicago, Illinois 60601
(312) 894-3252
*Counsel for Defendant Senator Michael E. Hastings*

Burton S. Odelson
John B. Murphey
Kelly A. Krauchun
Odelson, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
*Counsel for Defendants Trustee Kyle Hastings, Mayor Kyle Hastings II, As-Yet Unknown Officers*

Lance E. Neyland
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
(847) 291-0200
*Counsel for Defendant Village of Orland Hills*

Michael D. Bersani
Jason R. Blumenthal
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
(630) 773-4774
*Counsel for Defendants Orland Township and Cindy Murray*