AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

PAUL O'GRADY, REEM ODEH, JOHN LYNCH, and PATRICK FELDNER,

*Plaintiff(s)*

v.

ILLINOIS STATE SENATOR MICHAEL E. HASTINGS et al.,

*Defendant(s)*

Civil Action No. 1:25-cv-14656

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joshua Patton
145 W. Francis Rd
New Lenox, IL 60451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathryn Montenegro
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: October 22, 2026

(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25 CV 14656

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* JOSHUA PATTON

was received by me on *(date)* 10/22/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* LAURIE DELGADO

MOTHER , a person of suitable age and discretion who resides there,

on *(date)* 10/23/2026 , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/2026

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER

*Printed name and title*

ILLINOIS PRIVATE DETECTIVE LICENSE 115-001755
P O BOX 46335 CHICAGO IL 60646 PHONE 312 243 4030

*Server's address*

Additional information regarding attempted service, etc:

** SERVICE ADDRESS 145 W FRANCIS ROAD NEW LENOX IL 60451 **

** AND FURTHER MAILED A COPY TO DEFENDANT 10/23/2026 **