## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Paul O'Grady, et al. v. Kyle Hastings, et al.

Case Number: 1:25-cv-14656

An appearance is hereby filed by the undersigned as attorney for:
Defendant - Joshua Patton

Attorney name (type or print): Kelly A. Krauchun

Firm: Odelson, Murphey, Frazier & McGrath, Ltd.

Street address: 3318 W. 95th Street

City/State/Zip: Evergreen Park, Illinois 60805

Bar ID Number: 6322639
(See item 3 in instructions)

Telephone Number: (708) 424-5678

Email Address: kkrauchun@omfmlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 2, 2026

Attorney signature: S/ Kelly A. Krauchun
(Use electronic signature if the appearance form is filed electronically.)